UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                      Case No. 14-CR-197

**LOUIS RODRIGUEZ-RAMIREZ,**

    Defendant.

---

## DECISION AND ORDER

---

Defendant, Louis Rodriguez-Ramirez (Ramirez) moves to suppress evidence seized as a result of a warrantless search. Before the Court is a recommendation from Magistrate Judge Nancy Joseph to deny such motion.

The Court has reviewed the record and Judge Joseph's decision and finds that the recommendation should be adopted by the Court. Therefore, Ramirez's amended motion to suppress evidence (ECF No. 122) is **DENIED**.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2015.

                                                        **BY THE COURT:**

                                                        _/s/ Rudolph T. Randa_
                                                        **HON. RUDOLPH T. RANDA**
                                                        **U.S. District Judge**